1  LENARD E. SCHWARTZER
   2850 SO. JONES BLVD., STE. 1
2  LAS VEGAS, NV 89146
   Phone: (702) 307-2022
3  E-Fax: (702) 974-0976

RECEIVED
AND ᴸ

Jun 8  11 30 AM '11

U.S.
NA

4  TRUSTEE

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | ) | Case No. BK-S-07-16300 BAM |
|---|---|---|
| VANCE, ROBERT BLISS, II VANCE, LINDA LEILANI | ) ) ) ) | IN PROCEEDINGS UNDER CHAPTER 7 NOTICE OF UNCLAIMED FUNDS |
| Debtor(s) | ) ) | |

TO:        Clerk, United States Bankruptcy Court

FROM:    Lenard E. Schwartzer, Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 5 | SonoVision. Inc. Acct No 211 8237 Fawn Heather Ct. Las Vegas, NV 89149 | | $ 1,140.79 |
| | Total | $ 0.00 | $ 1,140.79 |

Date: *June 6, 2011*

Trustee Lenard E. Schwartzer

Note:  Claims that are $25.00 or less go into CAS 106000.
         Claims that are more than $25.00 to into CAS 613300.
         The amounts that are to be deposited into the registry can be written on one check.

202157- $1,140.79